## VICTORIA E. TYC *v.* JOSEPH W. TYC

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 562 (AC 13968), is denied.

*William J. Shea,* in support of the petition.

*Richard D. Grabow,* in opposition.

Decided May 20, 1996

## COMMISSIONER OF ADMINISTRATIVE SERVICES *v.* WILLIAM GERACE

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 829 (AC 14273), is granted, limited to the following issue:

"What information must an attorney present to the commissioner of administrative services, pursuant to General Statutes § 17b-94, to trigger the thirty day period for advising the attorney of the amount of the state's lien against the proceeds of a cause of action?"

The Supreme Court docket number is SC 15423.

*Robert A. Nagy,* assistant attorney general, in support of the petition.

*Steven F. Meo* and *David M. Poirot,* in opposition.

Decided May 20, 1996

## JOSEPH SAVENELLI *v.* COMMISSIONER OF CORRECTION

The petitioner Joseph Savenelli's petition for certification for appeal from the Appellate Court, 40 Conn. App. 949 (AC 14039), is denied.

*David B. Rozwaski,* in support of the petition.

Decided May 20, 1996